**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE LAMAR HOLMES, Booking No. 23724431<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO SHERIFF DEPARTMENT, SOUTH BAY DETNETION FACILITY, ALVARADO, Deputy,<br><br>Defendants. | Case No.: 3:23-cv-1329-DMS-LR<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE** |

### I.      INTRODUCTION

On July 13, 2023, Andre Lamar Holmes ("Plaintiff"), an inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. Plaintiff alleged Defendants violated his constitutional right to due process and to be free from cruel and unusual punishment. *See generally*, ECF No. 1. On October 10, 2023, the Court granted Plaintiff's IFP motion but dismissed the complaint without prejudice for failure to state a claim. *See* ECF No. 3. Plaintiff was given forty-five (45) days to file an Amended Complaint that cured the pleading deficiencies identified in the Court's dismissal Order. *Id.* at 10. Plaintiff was

1

cautioned that his failure to respond to the Court's dismissal Order by filing an Amended Complaint would result in the Court entering a final Order of dismissal of this action. *Id*.

## DISCUSSION

The time for Plaintiff to respond to the Court's Order has passed and the Court has received no communication from Plaintiff. The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the Court has discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order).

## CONCLUSION AND ORDER

The Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a plausible § 1983 claim and his failure to prosecute this action. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court